Michael Lamont MOORE, Plaintiff-Appellant,

v.

Michael MORGAN; Andrew Whitley; Melissa Bisette; Robert Evans; Brock & Scott, PLLC; Wilson County Courthouse; Sheriff Calvin Woodard, Sheriff, Wilson County; Derrick Creech, City Councilmen; Susan K. Farfour; Cardinal Group, Defendants-Appellees.

No. 16-2170

United States Court of Appeals, Fourth Circuit.

Submitted: March 30, 2017

Decided: April 3, 2017

Michael Lamont Moore, Appellant Pro Se.

Alan Marc Presel, Jolee M. Wortham, BROCK & SCOTT, PLLC, Charlotte, North Carolina, for Appellees.

Before TRAXLER and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Lamont Moore appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Moore v. Morgan*, No. 5:16-cv-00244-FL (E.D.N.C. Sept. 26, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*